In the Matter of the Estate of ELEANOR S. CONOLLY, Deceased. GLADYS HART, as General Guardian of ELEANOR S. HART, an Infant, et al., Appellants; GLENN L. BUCK, as Special Guardian of ELEANOR S. HART, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

*Arthur VD. Chamberlain* for motion for leave to appeal; for motion for certificate that constitutional question is involved and in opposition to motion to dismiss appeal.

*Glenn L. Buck* for motion to dismiss appeal and in opposition to motion for leave to appeal and motion for certificate of constitutional question.

Motion for leave to appeal and for a stay denied, with ten dollars costs.

Motion to dismiss appeal taken as of right granted and appeal dismissed.

Motion for certificate that a constitutional question is involved denied.